# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1274
_____

CHERYL RICHARDSON,

Appellant,

v.

MEMORIAL
HOSPITAL/BROADSPIRE,

Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
William R. Holley, Judge.

Date of Accident:  October 6, 2016.

November 19, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Douglas E. Daze, Orange Park, for Appellant.

Michael D. Kendall of Marks Gray, P.A., Jacksonville, for Appellee.